No. 366, October Term, 1947. BAY RIDGE OPERATING CO., INC. *v.* AARON ET AL., 334 U. S. 446; and

No. 367, October Term, 1947. HURON STEVEDORING CORP. *v.* BLUE ET AL., 334 U. S. 446. Rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. MR. JUSTICE FRANKFURTER, MR. JUSTICE JACKSON, and MR. JUSTICE BURTON are of opinion the petition for rehearing should be granted.

No. 470, October Term, 1947. CLARK *v.* UNITED STATES, 333 U. S. 833. Rehearing denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 489, October Term, 1947. WEST *v.* OKLAHOMA TAX COMMISSION, 334 U. S. 717. Motion to extend time to file petition for rehearing denied.

No. 532, October Term, 1947. KOTT ET AL. *v.* UNITED STATES, 333 U. S. 837. Motion for reconsideration of petition for rehearing or, in the alternative, for leave to file a second petition denied.

No. 697, October Term, 1947. ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, 334 U. S. 827. Motion for leave to file a second petition for rehearing and supplement thereto denied.

No. 210, Misc., October Term, 1947. EASTER *v.* ILLINOIS, 333 U. S. 882. Rehearing denied.

No. 387, Misc., October Term, 1947. SANDERS *v.* JOHNSTON, WARDEN, 334 U. S. 829. Rehearing denied.

No. 416, Misc., October Term, 1947. MONTGOMERY ET AL. *v.* UNITED STATES, 334 U. S. 834. Rehearing denied.